Frances A. Finkelstein, Landlord, Appellant, *v.* Lizzie Foley, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, March 4, 1954.

*Nathan Finkelstein* for appellant.

No appearance for respondent.

*Per Curiam.* The landlord was entitled to the registered rent plus the 15% increase allowed under chapter 321 of the Laws of 1953.

The final order should be reversed, with $30 costs, and final order and judgment directed in favor of the landlord for $73.60, with costs.

Hammer, Eder and Hecht, JJ., concur.

Final order reversed, etc.